

1  
2  **11-CV-05054-ORD**

The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROSITA H. SMITH, individually and on behalf of all similarly situated Washington State Residents,<br><br>Plaintiffs,<br><br>v.<br><br>LEGAL HELPERS DEBT RESOLUTION, LLC, a Nevada limited liability company; LEGAL SERVICES SUPPORT GROUP, LLC, a Nevada corporation; JEM GROUP, INC., a Nevada corporation; MARSHALL BANKS, LLC, a California company; JOANNE GARNEAU, individually and on behalf of the marital community of JOANNE GARNEAU and ARTHUR GARNEAU; JASON SEARNS, individually and on behalf of the marital community of JASON SEARNS and JANE DOE SEARNS; THOMAS G. MACEY, individually and on behalf of the marital community of THOMAS G. MACEY and JANE DOE MACEY; and JEFFREY ALEMAN, individually and on behalf of the marital community of JEFFREY | No. 3:11-cv-05054-RJB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO AMENDED COMPLAINT** |

STIPULATION EXTENDING DEADLINE  
TO RESPOND TO AMENDED COMPLAINT - 1 -

Case No. 3:11-cv-05054-RJB

GREENSPOON MARDER, P.A.  
Trade Centre South  
100 W. Cypress Creek Road, Suite 700  
Ft. Lauderdale, FL 33309  
954-491-1120  
954-343-6958

Case No. No. 3:11-cv-05054-RJB

ALEMAN and JANE DOE ALEMAN; JEFFREY HYSLIP, individually and on behalf of the marital community of JEFFREY HYSLIP and JANE DOE HYSLIP; and JOHN AND JANE DOES 1-25,
    Defendants.

WHEREAS, Defendants Joanne Garneau, Arthur Garneau, Jason Searns, Thomas G. Macey and Jeffrey Aleman ("Defendants") were served with Plaintiff's Amended Class Action Complaint on or about December 6, 2011.

WHEREAS, Defendants' respective responses to the Amended Class Action Complaint are currently due on December 26, 2011.

WHEREAS, by stipulation which has been approved by this Court, the parties agreed that Defendants' would have ten (10) additional business days to file their respective responses to the Amended Class Action Complaint so as to avoid scheduling conflicts due to the late December early January holidays.

WHEREAS, Defendants' respective responses to the Amended Class Action Complaint shall be due on January 6, 2012;

## I. STIPULATION

It is hereby stipulated among the parties that Defendants' shall have up through and including January 6, 2012 within which to file their respective responses to Plaintiff's Amended Class Action Complaint.

STIPULATION EXTENDING DEADLINE
TO RESPOND TO AMENDED COMPLAINT
Case No. 3:11-cv-05054-RJB

- 2 -

GREENSPOON MARDER, P.A.
Trade Centre South
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
954-491-1120
954-343-6958

1  DATED this 14th day of December, 2011.

| | |
|---|---|
| SCOTT LAW GROUP | GREENSPOON MARDER, P.A. |
| By: /s/ Matthew Zuchetto, WSBA # 33404<br>Darrell W. Scott, WSBA #20241<br>Email: scottgroup@mac.com<br>Matthew J. Zuchetto, WSBA #33404<br>Email: matthewzuchetto@mac.com<br>926 W Sprague Avenue, Suite 583<br>Spokane, Washington 99201<br>Telephone: 509.455.3966<br><br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@tmdwlaw.com<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@tmdwlaw.com<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@tmdwlaw.com<br>TERRELL MARSHALL DAUDT & WILLIE PLLC<br>936 North 34th Street, Suite 400<br>Seattle, Washington 98103-8869<br>Telephone: 206.816.6603<br>Facsimile: 206.350.3528<br><br>*Attorneys for Plaintiffs* | By: /s/Richard Epstein<br>Email: Richard.Epstein@gmlaw.com<br>Richard Epstein, *Admitted Pro Hac Vice*<br>100 W. Cypress Creek Road, Suite 700<br>Ft. Lauderdale, Florida 33309<br>Telephone: 954.491.1120<br>Facsimile: 954.343.6958<br><br>Gregory Jackson - WSBA #17541<br>Email: gregj@fjtlaw.com<br>FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, Washington 98501<br>Telephone: 360.534.9960<br>Facsimile: 360.534.9959<br><br>*Attorneys for Defendants Legal Helpers Debt Resolution LLC and JEM Group Inc.* |

## II. ORDER

IT IS SO ORDERED.

DATED this 15 day of Dec, 2011.

_____
HONORABLE ROBERT J. BRYAN
United States District Judge

STIPULATION EXTENDING DEADLINE
TO RESPOND TO AMENDED COMPLAINT — 3

Case No. 3:11-cv-05054-RJB

GREENSPOON MARDER, P.A.
Trade Centre South
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
954-491-1120
954-343-6958

Case No. No. 3:11-cv-05054-RJB

1  Presented by:

2  GREENSPOON MARDER, P.A.
3  By: /s/ Richard Epstein
      Email: Richard.Epstein@gmlaw.com
4     Richard Epstein, *Admitted Pro Hac Vice*
      100 W. Cypress Creek Road, Suite 700
5     Ft. Lauderdale, Florida 33309
      Telephone: 954.491.1120
6     Facsimile: 954.343.6958
7
      Gregory Jackson - WSBA #17541
8     Email: gregj@fjtlaw.com
      FREIMUND JACKSON TARDIF &
9     BENEDICT GARRATT, PLLC
10    711 Capitol Way South, Suite 602
      Olympia, Washington 98501
11    Telephone: 360.534.9960; Facsimile: 360.534.995
12    *Attorneys for Defendants Legal Helpers Debt
      Resolution LLC and JEM Group Inc.*
13
14 SCOTT LAW GROUP
   By: /s/ Matthew Zuchetto , WSBA # 33404
15    Darrell W. Scott, WSBA #20241
16    Email: scottgroup@mac.com
      Matthew J. Zuchetto, WSBA #33404
17    Email: matthewzuchetto@mac.com
18    SCOTT LAW GROUP
      926 W Sprague Avenue, Suite 583
19    Spokane, Washington 99201
      Telephone: 509.455.3966
20
21    Beth E. Terrell, WSBA #26759
      Email: bterrell@tmdwlaw.com
22    Toby J. Marshall, WSBA #32726
      Email: tmarshall@tmdwlaw.com
23    Jennifer Rust Murray, WSBA #36983
24    Email: jmurray@tmdwlaw.com
      TERRELL MARSHALL DAUDT & WILLIE PLLC
25    936 North 34th Street, Suite 400
26    Seattle, Washington 98103-8869
      Telephone: 206.816.6603; Facsimile: 206.350.3528
27    *Attorneys for Plaintiffs*
28

STIPULATION EXTENDING DEADLINE
TO RESPOND TO AMENDED COMPLAINT           4

Case No. 3:11-cv-05054-RJB

GREENSPOON MARDER, P.A.
Trade Centre South
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
954-491-1120
954-343-6958

Case No. No. 3:11-cv-05054-RJB

Copies To:

Todd L Nunn, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 FOURTH AVE, STE 2900
SEATTLE, WA 98104-1158
206-623-7580
Fax: 206-224-7095
Email: todd.nunn@klgates.com

Whitney J. Baran, Esquire
K&L GATES LLP
618 W RIVERSIDE AVE
STE 300
SPOKANE, WA 99201
509-241-1597
Email: whitney.baran@klgates.com

*Attorneys for Marshall Banks LLC*

STIPULATION EXTENDING DEADLINE
TO RESPOND TO AMENDED COMPLAINT

Case No. 3:11-cv-05054-RJB

5

GREENSPOON MARDER, P.A.
Trade Centre South
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
954-491-1120
954-343-6958