The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROSITA H. SMITH, individually and on behalf of all similarly situated Washington State Residents,<br><br>Plaintiffs,<br><br>v.<br><br>LEGAL HELPERS DEBT RESOLUTION, LLC, a Nevada limited liability company; LEGAL SERVICES SUPPORT GROUP, INC., a Nevada corporation; JEM GROUP, INC., a Nevada corporation; MARSHALL BANKS, LLC, a California company; JOANNE GARNEAU and ARTHUR GARNEAU; JASON SEARNS, individually and on behalf of the marital community of JASON SEARNS and JANE DOE SEARNS; THOMAS G. MACEY, individually and on behalf of the marital community of THOMAS G. MACEY and JANE DOE MACEY; JEFFREY ALEMAN, individually and on behalf of the marital community of JEFFREY ALEMAN and JANE DOE ALEMAN; JEFFREY HYSLIP, individually and on behalf of the marital community of JEFFREY HYSLIP AND JOE DOE HYSLIP; and JOHN AND JANE DOES 1-25,<br><br>Defendants. | NO. 3:11-cv-05054-RJB<br><br>**NOTICE TO COURT REGARDING STATUS OF APPEAL AND FURTHER DISTRICT COURT PROCEEDINGS** |

As ordered by the Court on July 24, 2012 (Dkt. 140), defendants Legal Helpers Debt

Resolution, LLC ("LHDR"), Jason and Jane Doe Searns, Thomas G. and Jane Doe Macey,

NOTICE TO COURT REGARDING STATUS OF APPEAL
AND FURTHER DISTRICT COURT PROCEEDINGS - 1
NO. 3:11-cv-05054-RJB

697348.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1 Jeffrey and Jane Doe Aleman, and Jeffrey and Jane Doe Hyslip (collectively, the "LHDR

2 Defendants") respectfully submit the following report on the status of LHDR's appeal, and

3 necessary future proceedings in the District Court:

4
On July 10, 2012, LHDR's appeal was voluntarily dismissed, without prejudice to
5
reinstatement in the event the District Court denies any motion for preliminary or final
6
7 approval of the Class Action Settlement Agreement and Release ("LHDR Settlement")

8 entered into with plaintiff Rosita H. Smith ("Plaintiff") on June 8, 2012.

9 Plaintiff has filed a motion for preliminary approval of the LHDR Settlement (Dkt.

10 143), which is pending. Necessary future proceedings in the District Court include resolution

11 of Plaintiffs' motion for preliminary approval and, if granted, resolution of Plaintiffs'

12 anticipated motion for final approval of the LHDR Settlement.

13
DATED this 17th Day of August, 2012.
14

15

16                                           RYAN, SWANSON & CLEVELAND, PLLC

17                                           By */s/ Bryan C. Graff*
                                                Jerry Kindinger, WSBA #5231
18                                                 Bryan C. Graff, WSBA #38553
                                          *Attorneys for Defs LHDR, Searns, Macey,*
19                                           *Aleman, and Hyslip*

20                                           1201 Third Avenue, Suite 3400
                                          Seattle, WA 98101-3034
21                                           206-464-4224/Fax: 206-583-0359
                                          kindinger@ryanlaw.com
22                                           graff@ryanlaw.com

23

24

25

26

NOTICE TO COURT REGARDING STATUS OF APPEAL
AND FURTHER DISTRICT COURT PROCEEDINGS - 2
NO. 3:11-cv-05054-RJB



697348.01

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on August 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

    Beth E. Terrell, WSBA #26759
    Email: bterrell@tmdwlaw.com
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@tmdwlaw.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@tmdwlaw.com
    TERRELL MARSHALL DAUDT & WILLIE PLLC
    936 North 34th Street, Suite 400
    Seattle, Washington 98103-8869
    Telephone: 206.816.6603
    Facsimile: 206.350.3528

    Darrell W. Scott, WSBA #20241
    Email: scottgroup@mac.com
    Matthew J. Zuchetto, WSBA #33404
    Email: matthewzuchetto@mac.com
    SCOTT LAW GROUP
    926 W Sprague Avenue, Suite 583
    Spokane, Washington 99201
    Telephone: 509.455.3966

    *Attorneys for Plaintiff*

    Richard Epstein, *Admitted Pro Hac Vice*
    Email: richard.epstein@gmlaw.com
    Rebecca Bratter, *Admitted Pro Hac Vice*
    Email: rebecca.bratter@gmlaw.com
    GREENSPOON MARDER PA
    200 East Broward Blvd., Suite 1500
    Ft. Lauderdale, Florida 33301
    Telephone: 954.491.1190

    *Attorneys for Defendants Legal Services Support Group, LLC, JEM Group Inc., and Joanne and Arthur Garneau*

NOTICE TO COURT REGARDING STATUS OF APPEAL
AND FURTHER DISTRICT COURT PROCEEDINGS - 3
NO. 3:11-cv-05054-RJB

697348.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

Christopher G. Emch
Email: emchc@foster.com
FOSTER PEPPER, PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 447-4400

*Attorneys for Defendants JEM Group Inc. and Joanne and Arthur Garneau*

Todd Nunn
Email: todd.nunn@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: 206.623.7580

Whitney J. Baran
Email: whitney.baran@klgates.com
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane, Washington 99201-0602
Telephone: 509.624.2100

*Attorneys for Defendant Marshall Banks, LLC*

DATED this 17th day of August, 2012.

                                    */s/ Bryan C. Graff*
Jerry Kindinger, WSBA #5231
Bryan C. Graff, WSBA #38553
Attorneys for Defendants LHDR, Searns, Macey, Aleman and Hyslip
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
kindinger@ryanlaw.com
graff@ryanlaw.com

NOTICE TO COURT REGARDING STATUS OF APPEAL
AND FURTHER DISTRICT COURT PROCEEDINGS - 4
NO. 3:11-cv-05054-RJB

697348.01


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359