THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROSITA H. SMITH, individually and on behalf of all similarly situated Washington State Residents,<br><br>                Plaintiff,<br><br>   v.<br><br>LEGAL HELPERS DEBT RESOLUTION, LLC, a Nevada limited liability company; LEGAL SERVICES SUPPORT GROUP, LLC, a Nevada corporation; JEM GROUP, INC., a Nevada corporation; MARSHALL BANKS, LLC, a California company; JOANNE GARNEAU, individually and on behalf of the marital community of JOANNE GARNEAU and ARTHUR GARNEAU; JASON SEARNS, individually and on behalf of the marital community of JASON SEARNS and JANE DOE SEARNS; THOMAS G. MACEY, individually and on behalf of the marital community of THOMAS G. MACEY and JANE DOE MACEY; and JEFFREY ALEMAN, individually and on behalf of the marital community of JEFFREY ALEMAN and JANE DOE ALEMAN; JEFFREY HYSLIP, individually and on behalf of the marital community of JEFFREY HYSLIP and JANE DOE HYSLIP; and JOHN AND JANE DOES 1-20,<br><br>                Defendants. | CLASS ACTION<br><br>NO.  3:11-cv-05054-RJB<br><br>ORDER OF DISMISSAL OF DEFENDANT LEGAL SERVICES SUPPORT GROUP, LLC |

ORDER OF DISMISSAL OF DEFENDANT LEGAL
SERVICES SUPPORT GROUP, LLC:  1
NO. 3:11-CV-05054-RJB

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA  99201
(509) 455-3966

THIS MATTER came on for hearing without oral argument before the above-entitled Court on the Stipulated Motion for Voluntary Dismissal of Defendant Legal Services Support Group, LLC.  After reviewing the filed and records herein, and the Court having been fully advised, it is hereby:

ORDERED that the Plaintiff's claims against Defendant Legal Services Support Group, LLC are hereby dismissed without prejudice and without costs.

IT IS SO ORDERED this 23rd day of December, 2013.

ROBERT J. BRYAN
United States District Judge

Presented by:
THE SCOTT LAW GROUP, P.S.
By:  /s Matthew J. Zuchetto
   Matthew J. Zuchetto, WSBA #33404
   Email:  matthewzuchetto@mac.com
   Darrell W. Scott, WSBA #20241
   Email:  darrellscott@mac.com
   926 W. Sprague Avenue, Suite 680
   Spokane, WA  99201

*Attorneys for Plaintiff*
Approved by:
FOSTER PEPPER, PLLC

By:  /s Christopher G. Emch
   Christopher G. Emch, WSBA #26457
   Email:  emchc@foster.com
   1111 Third Avenue, Suite 3400
   Seattle, WA  98101

*Attorneys for Defendant Legal Services Support Group*

ORDER OF DISMISSAL OF DEFENDANT LEGAL
SERVICES SUPPORT GROUP, LLC:  2
NO. 3:11-CV-05054-RJB

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA  99201
(509) 455-3966